[No. 19761-8-II.   Division Two.   November 22, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. WALTER
WEAVER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00198-8, Leonard Costello, J., entered July 21, 1995. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 35648-8-I.   Division One.   April 29, 1966.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M.
WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07857-5, Ann Schindler, J., entered November 21, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Agid, JJ.

[No. 36219-4-I.   Division One.   June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. OCTAVIO
A. OLEA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01728-9, Richard J. Thorpe, J., entered February 24, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 31644-3-I.   Division One.   July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY
OTIS BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00691-8, Sharon S. Armstrong, J., entered November 2, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Becker, J.